UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosalina Crespo Agundes,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | Case No.:  16-cv-01505-BEN-JLB<br><br>**SCHEDULING ORDER** |

　　　　On June 16, 2016, Plaintiff filed a complaint seeking judicial review of Defendant's denial of disability benefits under the Social Security Act. On October 11, 2016, Defendant filed her answer and the administrative record. District Judge Roger T. Benitez has referred this matter to Magistrate Judge Jill L. Burkhardt on a report and recommendation basis. Pursuant to Rule 16.1(e)(3) of the Civil Local Rules, an Early Neutral Evaluation/Case Management Conference is not required to be held in this case. The Court hereby enters the following scheduling order:

　　　　1.　　**Submission of Magistrate Judge Consent Form**: No later than **October 25, 2016**, Defendant shall provide Plaintiff's counsel with an executed copy of the attached consent form, titled Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. Pursuant to Civil Local Rule 73.1, if (and only if) **all** parties have consented to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) **in paper format** at the Clerk's Office by **October 28, 2016**. If the paper format filing reflects consent by **all**

parties, then the form(s) will be forwarded to the assigned district judge for approval. The consent form(s) **should not be filed with the court electronically** through its Case Management/Electronic Case Filing (CM/ECF) system. No consent form will be made available, nor will its contents be made known to any judicial officer, unless all parties have consented to the reference to a magistrate judge. The parties are free to withhold consent without adverse substantive consequences. Questions related to the consent form(s) should be directed only to the clerk's office at 619-557-5600. Please do not call chambers' staff with questions related to the consent form(s).

2. **Briefing Schedule for Cross-Motions for Summary Judgment**: Plaintiff shall file and serve her motion for summary judgment on or before **November 14, 2016**. Defendant shall file and serve her opposition and cross-motion for summary judgment on or before **December 1, 2016**. Plaintiff shall file and serve her opposition to the cross-motion and reply to Defendant's opposition on or before **December 15, 2016**. Defendant shall file any reply to Plaintiff's opposition on or before **December 22, 2016**. A hearing date of **January 12, 2017**, at **10:30 AM** is assigned. Unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), this matter will be resolved without oral argument and no personal appearances on the hearing date should be made. If oral argument is requested by the Court, then it will be held in Courtroom 1D, on the first floor of the Edward J. Schwartz U.S. Courthouse.

3. **Motions to Amend this Order**: Any motion requesting a modification of this scheduling order should be filed no less than **10 calendar days** in advance of the dates and deadlines at issue and shall comply with Section III.C. of Magistrate Judge Jill L. Burkhardt's Civil Chambers Rules (available on the district court's website).

IT IS SO ORDERED.

Dated: October 18, 2016

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosalina Crespo Agundes,<br><br>　　　　　　　　　　　　Plaintiff(s)<br><br>v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant(s) | Case No.:  16-cv-01505-BEN-JLB<br><br>**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent  /  ☐ Do Not Consent*

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Jill L. Burkhardt, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |

\*  Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.